UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-200-RLH-PAL |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| MARCO GODINEZ, | |
| Defendant. | |

       Based on the above points and authorities and good cause appearing therefore, the **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.

       **IT IS HEREBY ORDERED** that the term of supervised release be terminated.

       DATED this __23rd__ day of _____January_____, 2012.

_____
UNITED STATES DISTRICT JUDGE